IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA AUSTIN, et al, *Plaintiffs*, v. INVENTION SUBMISSION CORP. D/B/A INVENTHELP, et al., *Defendants*. | No. 2:19-cv-01396 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF AMANDA R. TRASK

Amanda R. Trask, undersigned counsel for Plaintiffs, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Amanda R. Trask filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated:   December 3, 2019                    Respectfully submitted,

s/*Amanda R. Trask*
Amanda R. Trask
Pennsylvania Bar No. 57973
Shanon J. Carson
Peter R. Kahana
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA  19103
Tel.: (215) 875-3000

Fax: (215) 875-4604
scarson@bm.net
pkahana@bm.net
atrask@bm.net

E. Michelle Drake
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN  55414
Tel:  (612) 594-5933
emdrake@bm.netni