IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA AUSTIN, et al,<br><br>                    Plaintiffs,<br><br>    v.<br><br>INVENTION SUBMISSION CORP. d/b/a INVENTHELP, et al.,<br><br>                    Defendants. | No. 2:19-cv-01396 |

## MOTION FOR ADMISSION *PRO HAC VICE* OF PETER R. KAHANA

Peter R. Kahana, undersigned counsel for Plaintiffs, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Peter R. Kahana filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Date:   December 10, 2019                               Respectfully,


                                                        *s/ Peter R. Kahana*
                                                        Peter R. Kahana
                                                        Pennsylvania Bar No. 33587
                                                        BERGER MONTAGUE PC
                                                        1818 Market Street, Suite 3600
                                                        Philadelphia, PA 19103
                                                        Tel.: (215) 875-4629