IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Carla Austin and Nil Leone, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 2:19-01396 |
| v. | ) ) | Judge Cathy Bissoon |
| Invention Submission Corp. d/b/a, InventHelp, Western Invention Submission Corp. d/b/a Western InventHelp, Intromark Incorporated, and Technosystems Service Corporation, | ) ) ) ) ) ) ) | Magistrate Judge Patricia L. Dodge |
| Defendants. | ) | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF JENNIFER JANEIRA NAGLE**

Pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151), Jennifer Janeira Nagle, Esq., undersigned counsel, hereby moves for admission to appear and practice in this Court as counsel *pro hac vice* in the above-captioned matter for Defendants Invention Submission Corporation d/b/a InventHelp, Technosystems Service Corporation, Western Invention Submission Corporation d/b/a Western InventHelp, and Intromark Incorporated.  In support of this motion, undersigned counsel submits herewith the **Affidavit for Admission Pro Hac Vice of Jennifer Janeira Nagle**, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: May 5, 2020                                   Respectfully submitted,

                                                     */s/ Jennifer Janeira Nagle*
                                                     Jennifer Janeira Nagle
                                                     (Mass. Bar No. 669325)
                                                     K&L Gates LLP
                                                     State Street Financial Center
                                                     One Lincoln Street
                                                     Boston, MA 02111
                                                     T:  617.951.9197
                                                     F:  617.261.3175
                                                     jennifer.nagle@klgates.com

                                                     *Counsel for Defendants Invention Submission Corporation d/b/a InventHelp, Western Invention Submission Corporation d/b/a Western InventHelp, Technosystems Service Corporation, and Intromark Incorporated*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2020, a true and correct copy of the foregoing was electronically filed with the Court and served on all counsel of record via the Court's electronic filing system.

*/s/ Jennifer Janeira Nagle*
Jennifer Janeira Nagle