IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARLA AUSTIN and NIL LEONE, on behalf of themselves and all other persons similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Civil Action No. 19-1396 |
| v. ) ) | Judge Cathy Bissoon<br>Magistrate Judge Patricia L. Dodge |
| INVENTION SUBMISSION ) CORPORATION d/b/a INVENTHELP, ) et. al., ) | |
| Defendants. ) | |

## **MEMORANDUM ORDER**

This case has been referred to United States Magistrate Judge Patricia L. Dodge for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On April 13, 2020, the Magistrate Judge issued a Report (Doc. 23) recommending that Defendants' Motion to Dismiss Certain Defendants and Counts I and II of Plaintiffs' Complaint Under Rule 12(b)(6) and Motion to Strike Class Allegations Under Rule 23 (Doc. 9) be (1) granted only with respect to the claims against Defendants Intromark Incorporated and Technosystems Service Corporation; and (2) denied with respect to the motion to strike the class allegations. Service of the Report and Recommendation ("R&R") was made on the parties, and Defendants filed an Objection and Plaintiffs filed a Response to Defendants' Objection. *See* Docs. 24 and 27.

After a *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation and the Objection and Response thereto, the following Order is

entered: Defendants' Motion to Dismiss is **GRANTED** (1) only with respect to the claims against Defendants Intromark Incorporated and Technosystems Service Corporation.  Plaintiffs' claims against Defendants Intromark Incorporated and Technosystems Service Corporation are **DISMISSED WITH PREJUDICE**; and the R&R is adopted as the Opinion of the District Court.

       IT IS SO ORDERED.

May 28, 2020                          s\Cathy Bissoon
                                           Cathy Bissoon
                                           United States District Judge

cc (via ECF email notification):

All Counsel of Record